EL PUEBLO DE PUERTO RICO, demandante y apelante, *v.* THE SHELL Co. (P. R.) LTD., acusada y apelada.

No. 5692.—*Sometido:* Enero 14, 1935. *Resuelto:* Enero 16, 1935.

*R. A. Gómez, Fiscal,* abogado de El Pueblo, apelante; *Samuel R. Qui-ñones,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Se nos pide que desestimemos esta apelación porque no tenemos jurisdicción para resolverla toda vez que la apelación no ha sido notificada a la parte contraria.

El Código de Enjuiciamiento Criminal dispone lo siguiente:

"Artículo 350. Se establece una apelación, presentando al secretario del tribunal en que estuviere archivada la sentencia o providencia apelada, el escrito de apelación, con entrega de las copias correspondientes al abogado de la parte contraria."

"Artículo 351. Si no se pudiere hacer notificación personal de la apelación, el juez del tribunal en que se haya sustanciado la causa, una vez convencido de esa imposibilidad, podrá dictar órdenes para que se publique dicha notificación en los periódicos por un plazo que no exceda de treinta días, equivaliendo dicha publicación a una notificación personal."

Según esos preceptos la apelación en casos criminales debe ser notificada personalmente al abogado de la parte contraria, y si no fuere posible hacerse en esa forma entonces, por orden de la corte, se hará por publicación de dicha notificación en los periódicos.

El apelante en este caso no notificó su apelación personalmente al abogado de la corporación acusada; y aunque intentó hacerla por correo, lo que no está autorizado por el estatuto criminal, aun así no dice que pusiera en el correo el pliego que contenía tal notificación. *El Pueblo* v. *Rubio,* 44 D.P.R. 889.

*Por lo expuesto la apelación interpuesta debe ser desestimada.*